

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00210-CV

Frolamo, LLC

v.

Arturo Ortega, 3BU Family Partnership, 533 Properties Joint Venture, Kenneth Hausenfluck, Alberto Vela, and Freedom Bank

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Court Cause No. C-4061-20-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed, reversed and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED, REVERSED and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellees.

We further order this decision certified below for observance.

May 13, 2025